RTBL^e on the third monday in Sept^ber 1807.

Barnabé Campeau

vs

Joseph Campeau

Sol^o Sibley att^y for ptff

[In the handwriting of William McDowell Scott]

TERRITORY OF MICHIGAN, TO WIT

THE UNITED STATES *to the Marshall of the territory of Michigan*, GREET-ING: You are hereby commanded to take Joseph Campeau if he may be found within the territory of Michigan, and him Safely Keep, So that you may have his body before our Judges of our Supreme Court, at Detroit, on the third monday in September instant then & there in our Said Court, before our Judges, to answer Barnabé Campeau in a plea of Covenant

broken to the damage of the Said Barnabé Campeau, as is Said two thousand dollars which Shall then & there be made to appear with other damages; and of this writ make due return. WITNESS Augustus B. Woodward Chief Judge of our Said Court, at Detroit, the eigth day of September one thousand eight hundred Seven          PETER AUDRAIN, Clerk

[In the handwriting of Peter Audrain]

Declaration

